IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHONETTA MOORE    :
           :
   Plaintiff,    :
           :
v.           :
           :
CLASSIC COMMUNITY SUPPORT :   CIVIL ACTION NO.
INC., et al.,      :   1:17-CV-65-AT
           :
           :
   Defendants.   :

## ORDER

Plaintiff filed a Notice of Voluntary Dismissal seeking to voluntarily dismiss this Fair Labor Standards Act case without prejudice. [Doc. 19.] Plaintiff believes that Classic Community Support is no longer in business and has no liquid capital, and that both defendants are judgment proof. Plaintiff further alleges that Defendant Martin has left the state. [*Id.*]

The Court construes this as a motion to dismiss this matter and **GRANTS** it. The Court has reviewed Plaintiff's request while keeping in mind its obligations to exercise oversight over the disposition of cases brought under the FLSA.[1] *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The Court finds that dismissal without prejudice is appropriate given the

---

[1] The Court notes that a voluntary dismissal without prejudice is unlike a settlement or offer of judgment, which would require the Court to review the settlement for substantive fairness. The Court simply notes that it has kept the policy behind *Lynn's Food Stores*' in mind when addressing Plaintiff's attempts to dismiss this matter.

likely inability of Plaintiff to recover.    Plaintiff's claims are therefore **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this case and to terminate all submissions in this matter.

      **IT IS SO ORDERED** this 18th day of September, 2017.

Amy Totenberg
United States District Judge